JS-6

John B. Sganga, Jr. (SBN 116,211), john.sganga@kmob.com
Steven J. Nataupsky (SBN 155,913), steven.nataupsky@kmob.com
Lynda J. Zadra-Symes (SBN 156,511), ljs@kmob.com
Joseph S. Cianfrani (SBN 196,186), joe.cianfrani@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone:     (949) 760-0404
Facsimile: (949) 760-9502
Attorneys for Plaintiff/Counterdefendant,
HANSEN BEVERAGE COMPANY

Drew R. Hansen (SBN 218,382)
Hansen.drew@arentfox.com
Charles P. Rullman (SBN 241,772)
Rullman.charles@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Phone:  (213) 629-7400
Facsimile:  (213) 629-7401

Jed Hansen (*Pro Hac Vice*)
hansen@tnw.com
Peter De Jonge (*Pro Hac Vice*)
dejonge@tnw.com
THORPE NORTH & WESTERN
8180 South 700 East, Suite 350
Sandy, Utah 84070
Phone:  801-566-6633
Fax:  801-566-0750

Mark M. Bettilyon (*Pro Hac Vice*)
mbettilyon@rqn.com
Samuel Straight (*Pro Hac Vice*)
sstraight@rqn.com
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT  84111
Phone:  (801) 323-3304
Facsimile:  (801) 532-7543
Attorneys for Defendant/Counterclaimant,
CYTOSPORT, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation, d/b/a MONSTER BEVERAGE COMPANY, <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> CYTOSPORT, INC., a California corporation, <br><br> Defendant/Counterclaimant. <br><br> AND RELATED COUNTERCLAIM | Case No.: CV 09-031 VBF (AGRx) <br><br> Hon. Valerie Baker Fairbank <br><br> **[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL** |

cc: Fiscal Section

1 | Pursuant to stipulation of the parties through their counsel of record, IT
2 | IS HEREBY ORDERED THAT:
3 | 1. This Action, including all claims and counterclaims, is hereby
4 | dismissed with prejudice,
5 | 2. Hansen's bond in the amount of $1,300,000.00 shall be released to
6 | Hansen;
7 | 3. Each party is to bear its own costs and attorneys' fees;
8 | 4. All trial and pre-trial due dates currently scheduled are vacated.

Dated: July 19, 2010

*[signature: Valerie Baker Fairbank]*

Hon. Valerie Baker Fairbank
United States District Court Judge

9296271